
FILED
CLERK, U.S. DISTRICT COURT
2/27/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AD___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

HOMEVESTORS OF AMERICA, INC.

Plaintiff,

v.

EDUARDO S. VELASCO,

Defendant.

Case No.: 5:18-cv-01899 JGB (SHKx)
Assigned to: Hon. Jesus G. Bernal

[~~PROPOSED~~] JUDGMENT

Complaint Filed: September 6, 2018

This matter having come before the Court upon the Motion of plaintiff HOMEVESTORS OF AMERICA, INC. ("Plaintiff") for entry of a Default Judgment in a Sum Certain pursuant to Fed. R. Civ. P. 55(b)(1) against defendant EDUARDO S. VELASCO ("Defendant") and there being good cause to grant the relief requested by the Motion; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment is granted and that judgment is hereby entered in favor of Plaintiff and against Defendant in the principal sum of $698,443.24, together with interest on that amount at the rate of 10% per annum ($191.35 per day) from February 28, 2018 through the date that judgment is entered in the sum of $68,503.30, for a total judgment amount of $766,946.54.

DATED: February 27, 2019

_Angelique Dominguez_
Angelique Dominguez
Clerk of the Court

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO S. VELASCO
3272060v.1